# EXHIBIT A

## (SUMMONS)

E-FILED; Frederick Circuit Court
Docket: 11/18/2024 1:23 PM; Submission: 11/18/2024 1:23 PM
Envelope: 18841504



**CIRCUIT COURT FOR FREDERICK COUNTY**
**MARYLAND**

Assignment Office: 301-600-2015

100 West Patrick Street, Frederick, Maryland, 21701

**To:** AMAZON.COM INC
DBA AMAZON
SERVE: REGISTERED AGENT: CORPORATION SERVICE
COMPANY
300 DESCHUTES WAY, S.W.
SUITE 208
MC-CSC, WA 98510

| | |
|---|---|
| **Case Number:** | **C-10-CV-24-000783** |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**GREGORY WIGLE VS. AMAZON.COM INC, ET AL.**

Issue Date: 11/18/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

GREGORY WIGLE
6306 Jefferson Boulevard
Frederick, MD  21703

This summons is effective for service only if served within 60 days after the date it is issued.

*Sandra K. Dalton*

Sandra K. Dalton
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**Gregory Wigle vs. Amazon.com Inc, et al.**           **Circuit Court for Frederick County**
                                                        **Case Number: C-10-CV-24-000783**

# SHERIFF'S RETURN
## (please print)

To:  AMAZON.COM INC

_____  ID# _____  of the  _____
     Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served  _____
                                    Name of person served

on  _____  at  _____
          Date of service                              Location of service

_____  by  _____  with the following:
                                              Manner of service

☐ Summons                              ☐ Counter-Complaint

☐ Complaint                            ☐ Domestic Case Information Report
   _____

☐ Motions                             ☐ Financial Statement

☐ Petition and Show Cause Order        ☐ Interrogatories

☐ Other  _____
              Please specify

(2) Was unable to serve because:

☐ Moved left no forwarding address        ☐ No such address

☐ Address not in jurisdiction             ☐ Other
                                       _____
                                               Please specify

Sheriff fee: $ _____        ☐ waived by  _____

_____        _____
        Date                         Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).